UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEQUINCY R. LOPEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-02805-TWP-TAB ) |
| JENKINS, | ) ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO INFORM COURT**

Plaintiff Dequincy Lopez has filed a motion to inform the Court that he was recently in a serious car accident. Dkt. 13. Mr. Lopez states that the injuries from the accident have kept him from "getting around and responding to Court filings." *Id.* He is currently located at the Alpha Home Rehab Center recovering from his injuries. *Id.* Mr. Lopez asks the Court to allow him to "make up any Court filings that his Court has mailed" to him. *Id.*

Mr. Lopez's motion to inform, dkt. [13], **is GRANTED TO THE EXTENT** that the Court has been apprised of his circumstances. Mr. Lopez's address is correctly reflected on the docket in this action. There are no pending deadlines that Mr. Lopez must meet at this time. The Court will proceed to screen Mr. Lopez's complaint pursuant to 28 U.S.C. § 1915A, in due course.

**SO ORDERED.**

Date: 2/17/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

DEQUINCY R. LOPEZ
ALPHA HOME REHAB CENTER.
ALPHA HOME REHAB CENTER.
2640 Coldspring Rd.
Indianapolis, IN 46222